JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYRUS CARDAN, | ) | Case No. CV 12-6719 DSF (JCGx) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, | ) | |
| Defendants. | ) | |

_____

The Court having concluded that it lacks subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED:     August 15, 2012

_____
DALE S. FISCHER
United States District Judge